220 F.2d 282
 UNITED STATES ex rel. John COLLINS, Relator-Appellant,
v.
Robert A. HEINZE, Warden of California State Prison at Folsom, Respondent-Appellee.
 Misc. No. 421.
 United States Court of Appeals, Ninth Circuit.
 March 9, 1955.
 
 Application for a Writ of Habeas Corpus.
 John Collins, in pro. per.
 No appearance for respondent-appellee.
 Before DENMAN, Chief Judge, and BONE and POPE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Collins alleges that he has been denied access to this court because certain documents he forwarded to the court were intercepted by respondent. This court has received the documents.
 
 
 2
 The application is denied.